[This decision has been published in *Ohio Official Reports* at 92 Ohio St.3d 431.]

THE STATE EX REL. CHRYSLER CORPORATION, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Chrysler Corp. v. Indus. Comm.*, 2001-Ohio-215.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 00-2355—Submitted June 20, 2001—Decided August 8, 2001.)

APPEAL from the Court of Appeals for Franklin County, No. 99AP-1251.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————

*Coolidge, Wall, Womsley & Lombard Co., L.P.A., Jeffrey D. Snyder* and *Nicholas E. Davis, Jr.*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Erica L. Armbrust*, Assistant Attorney General, for appellee Industrial Commission of Ohio.

*E.S. Gallon & Associates* and *Richard M. Malone*, for appellee Ernest Sizemore.

————————————